IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. CR-21-335-RAW |
| MATTHEW ONESIMO ARMSTRONG, | |
| *Defendant.* | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

**ASSAULT WITH A DANGEROUS WEAPON WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(3), 1151, 1153 & 2]**

On or about, May 30, 2015, within the Eastern District of Oklahoma, in Indian Country, the defendant **MATTHEW ONESIMO ARMSTRONG**, an Indian, did knowingly and unlawfully assault Scotty Candler with a dangerous weapon, that is, a firearm, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, 1153, and 2.

### COUNT TWO

**USE, CARRY, AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE**
**[18 U.S.C. § 924 (c)(1)(A)(iii)]**

On or about, May 30, 2015, within the Eastern District of Oklahoma, the defendant **MATTHEW ONESIMO ARMSTRONG**, did knowingly carry and use a firearm, which firearm was discharged, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Assault with a Dangerous Weapon with Intent

1

to do Bodily Harm in Indian Country, as charged in Count One of the Information, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

CHRISTOPHER J. WILSON
Acting United States Attorney

_/s/ Christopher J. Wilson (for)_

Christopher J. Wilson, OBA # 13801
Acting United States Attorney

KENNETH A. POLITE, JR.
Assistant Attorney General
Criminal Division, Department of Justice

_/s/ Brian Morgan_

Brian Morgan, NY BAR #4276804
Trial Attorney, U.S. Department of Justice, Criminal Division