IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**MATTHEW ONESIMO ARMSTRONG,**<br><br>*Defendant.* | Case No. CR-21-335-RAW |

## MOTION FOR ADDITIONAL ONE LEVEL REDUCTION
## FOR ACCEPTANCE OF RESPONSIBILITY

**COMES NOW,** the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney, and Zachary W. Parsons, Assistant United States Attorney, and moves this Honorable Court to grant an additional one level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    *Zachary W. Parsons*
Zachary W. Parsons, TX Bar #24104449
Assistant United States Attorney
Attorney for the Plaintiff
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Shena Burgess, Attorney for Defendant

                                                      s/      *Zachary W. Parsons*
                                                               Zachary W. Parsons, TX Bar #24104449
                                                               Office of United States Attorney

6:21-cr-00335-RAW     Document 29     Filed in ED/OK on 01/12/23     Page 2 of 2